NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OMNITRACS, LLC,**
*Appellant*

**v.**

**PLATFORM SCIENCE, INC.,**
*Appellee*

---

2022-2108

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00187.

---

**JUDGMENT**

---

JASON M. WILCOX, Kirkland & Ellis LLP, Washington, DC, argued for appellant. Also represented by DIVA R. HOLLIS, JOHN C. O'QUINN; ADAM R. ALPER, San Francisco, CA; GIANNI CUTRI, Chicago, IL; MICHAEL W. DE VRIES, Los Angeles, CA.

OLIVER RICHARDS, Fish & Richardson P.C., San Diego, CA, argued for appellee. Also represented by JOHN C. PHILLIPS, JASON W. WOLFF.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, HUGHES, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 5, 2024
Date

Jarrett B. Perlow
Clerk of Court